IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SHAUN BELLLISTRI,[1]

    Plaintiff,

v.                                                                                       No. 21-cv-0468 SMV

**KILOLO KIJAKAZI,**
**Acting Commissioner of the Social Security Administration,**[2]

    **Defendant.**

## ORDER SETTING BRIEFING SCHEDULE

THIS MATTER is before the Court for scheduling, and IT IS HEREBY ORDERED that:

(1)     Plaintiff must file a Motion to Reverse or Remand Administrative Agency Decision with Supporting Memorandum no later than **January 5, 2022**.

(2)     Defendant must file a Response no later than **March 2, 2022**.

(3)     Plaintiff may file a Reply no later than **March 30, 2022**.

(4)     All supporting memoranda filed pursuant to this Order shall cite the transcript or record in support of assertions of fact and shall cite authority in support of propositions of law; and

(5)     All requests for extensions of time altering the deadlines set in this Order shall be made through a motion to the Court. If the parties concur in seeking an extension of time, they shall submit a stipulated proposed order for Court approval.

**IT IS SO ORDERED.**

                                                        **STEPHAN M. VIDMAR**
                                                        **United States Magistrate Judge**

---

[1] Plaintiff's last name is spelled "Belllistri" in the Complaint and "Bellistri" in the administrative record.
[2] *See* Fed. R. Civ. P. 25(d).