IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**SHAUN BELLISTRI,**
       **Plaintiff,**

     vs.                                       No 1:21-cv-0468 JCH- SMV

**KILOLO KIJAKAZI, ACTING COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION,**
       **Defendant.**

## ORDER AMENDING BRIEFING SCHEDULE

Upon consideration of Plaintiff's Unopposed Motion To Extend Time for Filing Plaintiff's Motion to Remand and Brief and the Court being fully advised and noting the concurrence of the parties, the Court FINDS the Motion to be well-taken and will GRANT it.

IT IS THEREFORE ORDERED that the briefing schedule be amended as follows: Plaintiff shall file the motion to remand and supporting brief on or before February 4, 2022; Defendant shall file her Response by April 6, 2022; and Plaintiff shall file his Reply by May 4, 2022.

                                                        _____

                                                        STEPHAN M. VIDMAR

                                                        UNITED STATES MAGISTRATE JUDGE

Order Prepared by Helen Laura Lopez

January 6, 2022

Electronically Approved by Thayne Warner and Manuel Lucero

January 6, 2022