IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**SHAWN BELLISTRI,**
    **Plaintiff,**

vs.                                          CIV NO. 1:21-00468-JCH-SMV

**KILOLO KIJAKAZI,**
**Acting Commissioner of Social Security,**
    **Defendant.**

## ORDER FOR EXTENSION

Upon consideration of Defendant's Unopposed Motion for an Extension of Time (Doc. 22) to file a response to Plaintiff's Motion to Reverse and Remand Administrative Agency Decision, with Memorandum of Law in Support (Docs. 20 and 21), the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well taken and is GRANTED.

IT IS THEREFORE ORDERED that Defendant shall have until May 6, 2022, to file a response, and Plaintiff shall have until May 20, 2022, to file a reply.

SIGNED April 4, 2022.

_____
STEPHAN M. VIDMAR
United States Magistrate Judge

SUBMITTED AND APPROVED BY:

*Electronically submitted 04/01/2022*
M. THAYNE WARNER
Special Assistant United States Attorney

*Electronically approved 04/01/2022*
HELEN LAURA LOPEZ
Attorney for Plaintiff